IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv143 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| NEPTON SPELLER, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on August 28, 2007(Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 18, 2007, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's Motion to Dismiss (Doc. 15) is construed as unopposed and is **GRANTED**, and the Unknown Spouses, if any of Nepton Speller, and the Unknown Tenants of 28 Timea Avenue, Cleves, Ohio is **DISMISSED** from this suit.

IT IS SO ORDERED.

                                                                                     s/Susan J. Dlott
                                                                                     Susan J. Dlott
                                                                                     United States District Judge